JOSEPH BARKOWSKY, an Infant, by ALEXANDRA BARKOWSKY, His Guardian ad Litem, Appellant, v. SUSQUEHANNA COAL COMPANY and MINERAL RAILROAD AND MINING COMPANY, Respondents, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Laughlin, Dowling, Page and Merrell, JJ.

FRANK M. WELLS, as Executor, etc., Respondent, v. CHARLES H. JONES and Another, as Executors, etc., Appellants, Impleaded with HOWARD C. TAYLOR, as Agent, etc., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JANE LEE v. NEW YORK RAILWAYS COMPANY.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JULIUS OPPENHEIMER, as Administrator, v. HARRISETTA HOLDING COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

HAROLD C. MATHEWS v. 105 WEST 55TH ST., INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of KARLENE E. KING, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

FRANCIS P. SHERWOOD, as Trustee, etc., v. THEODORE S. HOLBROOK and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MARTIN GALLAGHER v. NEW YORK RAILWAYS COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ROCKLAND SILK COMPANY, INC., v. SIGMUND LORENZ and Others.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ABRAHAM KLEINMAN v. THOMPSON-STARRETT COMPANY.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

LOUIS BEGUN and Others v. DAVID SILVERSTEIN and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

OSCAR KIRSCH v. JACOB BLUMENTHAL.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JOHN J. PETRY and Others, as Surviving Executors, etc., v. CATHRYN PETRY and Others.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.